DAVID V. DUPERRAULT, SBN 99637
KATHRYN E. BARRETT, SBN 162100
JAGDEEP HANSRA, SBN 280689
Silicon Valley Law Group
25 Metro Drive, Suite 600
San Jose, CA 95110
Telephone: (408) 573-5700
Facsimile: (408) 573-5701
Email: dvd@svlg.com
       keb@svlg.com
       jh@svlg.com

The Relief Sought in the following order is DENIED. Signed April 9, 2012

Charles Novack
U.S. Bankruptcy Judge

Attorneys for Hilda Llorens

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

In re:

DODIE BROOKS GAINES

    Debtor.

) Case No. 11-60535
)
) Chapter 7
)
)
)
)
)
)

### ORDER FOR RULE 2004 EXAMINATION OF DEBTOR

The ex parte application of creditor Hilda Llorens ("Llorens") for examination of Dodie B. Brooks ("Debtor") under Rule 2004 having been reviewed and good cause appearing for the grant of said application:

IT IS, THEREFORE, ORDERED THAT:

1)      Debtor shall appear at the offices of Creditor's counsel, David V. Duperrault, Silicon Valley Law Group, 25 Metro Drive, Suite 600, San Jose, CA 95110 at 10:30 a.m. on April 24, 2012, to be examined under oath pursuant to the Federal Rules of Bankruptcy Procedure, Rule 2004, concerning the assets, liabilities, property, financial condition and acts of said Debtor, the

source of the Debtor's income;

2) Debtor shall produce and have available for examination and photocopying the documents described in Exhibit A attached hereto one week before the scheduled examination of the Debtor at the offices of Lloren's counsel David V. Duperrault, Silicon Valley Law Group, 25 Metro Drive, Suite 600, San Jose, CA 95110;

3) Debtor shall allow access to 17800 Tourney Road, Los Gatos, CA 95030 by Llorens or her agents in order to conduct an appraisal of the property; and

4) Llorens is granted authority to compel production of the request documents as identified on Exhibit A, so as to be received by Lloren's counsel not later than fifteen (15) days from the date of entry of an order from this application.

** END OF ORDER **

---

ORDER FOR RULE 2004 EXAMINATION OF DEBTOR

2

10358807.DOC

COURT'S SERVICE LIST

---

ORDER FOR RULE 2004 EXAMINATION OF DEBTOR

3

10358807.DOC